## DYAR *v.* SCOTT.

*Lumpkin, J.*—This case is controlled by the decision of this court
    in *Bell* v. *Davis*, 93 *Ga.* 233. See the authorities there cited.
    May 11, 1896. Argued at the last term.          *Judgment affirmed.*

Appeal. Before Judge Milner. Bartow superior court.
January term, 1895.

An affidavit was made to foreclose a landlord's lien for
$61.74. Defendant claimed, among other defences, a set-
off of $39.50. After the suit was commenced, he paid into
the justice's court $35.13, and thereafter judgment was
rendered against him for $26.60. He appealed to the su-
perior court, where plaintiff moved to dismiss the appeal,
for the reason that the sum claimed in the appeal case was
less than $50. The motion was overruled.

*T. C. Milner*, by *Harrison & Peeples*, for plaintiff.
*J. B. Conyers*, by *Kontz & Conyers*, for defendant.

---

## DEMPSEY *v.* McCALLA.

*Atkinson, J.*—Where, upon the trial of a claim case, the property
    is found subject, and the claimant (his motion for a new trial,
    on the grounds that the verdict is contrary to law and the evi-
    dence, being overruled) excepts to the judgment denying a new
    trial, the burden is upon him to show error in the ruling of the
    court below; and where, in such a case, it does not appear from
    the record that the judgment upon which the execution of the
    plaintiff in *fi. fa.* was issued was rendered after the alleged
    title of the claimant accrued, a judgment denying a new trial
    is not shown to be contrary either to law or the evidence.
    May 19, 1896. Argued at the last term.          *Judgment affirmed.*

Levy and claim. Before Judge Milner. Catoosa su-
perior court. February term, 1895.

*William E. Mann*, for plaintiff in error.
*George W. Head* and *R. J. & J. McCamy*, contra.